UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ALLEN WHITE,<br><br>Plaintiff,<br><br>v.<br><br>SAN JOAQUIN GENERAL HOSPITAL,<br><br>Defendant. | No. 2:25-cv-01808-TLN-SCR<br><br>**ORDER** |

  On November 20, 2025, Defendant San Joaquin General Hospital ("Defendant") filed a Motion to Quash Service of Summons and/or Motion to Dismiss the First Amended Complaint. (ECF No. 12.)  Within Defendant's motion, Defendant stated Plaintiff Jason Allen White's ("Plaintiff") counsel, Reshma Kamath ("Kamath"), "is no longer eligible to practice law in the State of California or before the Eastern District of California[.]"  (ECF No. 12-1 at 1.)  Plaintiff was required to file an opposition or statement of non-opposition within fourteen (14) days.  E.D. Cal. L.R. 230(c).  This deadline has passed, and no opposition or statement of non-opposition has been filed.

  The Court has confirmed that Kamath is ineligible to practice law via the State Bar of California website, https://apps.calbar.ca.gov/attorney/Licensee/Detail/333800, last accessed

1

December 10, 2025, at 10:25 AM (PST).  Accordingly, the Court TERMINATES Kamath as attorney of record on this matter.  Plaintiff is GRANTED ninety (90) days to either: (1) retain new counsel and have new counsel file a notice of appearance in this case consistent with Local Rule 182(a); or (2) notify this Court of their intention to proceed without counsel.  Kamath shall **immediately serve Plaintiff with this order** and file proof of service on the docket within fourteen (14) days.  Failure to do so may result in sanctions.

In light of the above, and on the Court's own motion, Defendant's Motion to Quash Service of Summons and/or Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 12), is held in ABEYANCE until the matter involving Plaintiff's counsel is resolved.  Once resolved, Plaintiff will be granted fourteen (14) days to respond to Defendant's Motion.

Finally, Counsel for Plaintiff is ORDERED to SHOW CAUSE, in writing, within fourteen (14) days as to why she should not be sanctioned in the amount of $500 for:

1. Failure to respond to Defendant's Motion to Quash Service of Summons and/or Motion to Dismiss, (ECF No. 12), as required by Local Rule 230(c); and
2. Failure to promptly notify the Court of any disciplinary action or any change in status as required by Local Rule 184(b).

IT IS SO ORDERED.

Date: December 11, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2