UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JASON ALLEN WHITE,

Plaintiff,

v.

SAN JOAQUIN GENERAL HOSPITAL,

Defendant.

No. 2:25-cv-1808-TLN-SCR

**ORDER**

Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On July 6, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 20.) Neither party filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed July 6, 2026 (ECF No. 20) are ADOPTED in full;

2. Defendant's Motion to Dismiss (ECF No. 17) is GRANTED and the action is

DISMISSED without prejudice;

3. Defendant's Motion to Quash (ECF No. 12) is DENIED AS MOOT; and

4. The Clerk is directed to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Date: August 17, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE